# IN THE SUPREME COURT OF THE STATE OF NEVADA

NORMAN SMITH,
               Appellant,

vs.

RENEE BAKER, WARDEN,
               Respondent.

No. 76328

**FILED**

AUG 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing a postconviction petition for a writ of habeas corpus and referring appellant for forfeiture of credits. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge. Appellant has filed a request to withdraw this appeal. We treat the request as a motion to voluntarily dismiss this appeal and grant it. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Jim C. Shirley, District Judge
Norman Smith
Attorney General/Carson City
Pershing County Clerk

18-307730